IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

MICHAEL EDWARD RILEY PLAINTIFF

v. Case No. 4:24-cv-04130

SPECIAL AGENT JOHN JONES; INVESTIGATOR JAKE EUDY; and CHIEF DEPUTY JOEY DAVIS DEFENDANTS

**ORDER**

Before the Court is a Report and Recommendation filed on August 10, 2026, by the Honorable Spencer G. Singleton, United States Magistrate Judge for the Western District of Arkansas. ECF No. 82. Judge Singleton recommends that both Defendant Jones's and Defendants Eudy and Davis's Motions for Summary Judgment (ECF Nos. 58, 63) be granted and Plaintiff's Complaint (ECF No. 1) be dismissed with prejudice. Specifically, Judge Singleton found Plaintiff's official capacity claims against Defendant Jones are barred by sovereign immunity and Plaintiff's official capacity claims against Defendants Eudy and Davis fail because Plaintiff did not allege that their actions were pursuant to a custom or policy of the County or other government entity. Judge Singleton also found that all Defendants are entitled to qualified immunity for Plaintiff's illegal search and seizure claim and improper arrest claim and that Plaintiff cannot state a cognizable violation of the First Amendment based on the summary judgment record.

No party has responded to the Report and Recommendation, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding no clear error on the face of the record and that Judge Singleton's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 82) *in toto*. Accordingly, the Court finds that Defendants' Motions for Summary

Judgment (ECF Nos. 58, 63) should be and hereby are **GRANTED**. Plaintiff's Complaint (ECF No. 1) is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 26th day of August, 2026.

/s/ John Thomas Shepherd
John Thomas Shepherd
United States District Judge